1034

[No. 26273-8-II. Division Two. November 30, 2001.]

HARRY K. O'NEILL, *Respondent*, v. DANIEL K. DALE, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-2-00134-7, Don L. McCulloch, J., entered August 2, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 46916-9-I. Division One. December 3, 2001.]

PUBLIC HOSPITAL DISTRICT NO. 1 OF KING COUNTY, *Respondent*,
v. GIL SCHOOS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-15586-8, Steven G. Scott, J., entered June 21, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Appelwick, JJ.

[No. 47043-4-I. Division One. December 3, 2001.]

MICHAEL MCGRAW, ET AL., *Respondents*, v. GREEN RIVER
COMMUNITY COLLEGE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-29255-5, Palmer Robinson, J., entered June 20, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Baker and Ellington, JJ.

[No. 47076-1-I. Division One. December 3, 2001.]

E.E. BRIGHTON, JR., *Appellant*, v. THE DEPARTMENT OF
TRANSPORTATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-08178-2, Jay V. White, J., entered July 5, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Cox, JJ. Now published at 109 Wn. App. 855.